# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                (415) 522-2000

May 1, 2008

TO:   Ms. Ana M. Menjivar
        4678 Sunland Ave.
        Santa Rosa, CA 95407

       Re:    **ANA M MENJIVAR v. PILLAR PANAMA, ET AL.**
                 C-08-02169 (JCS)

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **May 15, 2008.**

                                      Sincerely,

                                      Richard W. Wieking, Clerk
                                      United States District Court

                             By: _____
                                    Karen L. Hom
                                    Courtroom Deputy

Enclosure: Forms

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M MENJIVAR, | No. C 08-02169 JCS |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| PILLAR PANAMA, ET AL., | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                                                            Signature

                                                                            Counsel for _____
                                                                            (Plaintiff, Defendant or indicate "pro se")

|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |

| ANA M MENJIVAR, | No. C 08-02169 JCS |
|---|---|
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| PILLAR PANAMA, ET AL., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M MENJIVAR,<br><br>        Plaintiff,<br><br>  v.<br><br>PILLAR PANAMA et al,<br><br>        Defendant. | Case Number: CV08-02169 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ana M. Menjivar
4678 Sunland Avenue
Santa Rosa, CA 95407

Dated: May 1, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk