FILED
08 MAY 13 AM 8:16
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M MENJIVAR,<br><br>    Plaintiff(s),<br><br>v.<br><br>PILLAR PANAMA, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 08-02169 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 6, 2008

Signature: [signed] Ana M.L.

Counsel for Plaintiff Pro Se
(Plaintiff, Defendant, or indicate "pro se")