```
 1  ANA M. MENJIVAR
    Plaintiff - Pro Se
 2  4678 Sunland Avenue                        FILED
 3  Santa Rosa, CA 95407
    Telephone: 415-420-4637                   JUN 2 0 2008
 4  Facsimile: 707-585-9038
                                            RICHARD W. WIEKING
    vpd520@yahoo.com                      CLERK, U.S. DISTRICT COURT
 5                                       NORTHERN DISTRICT OF CALIFORNIA
                                                   OAKLAND
 6

 7
              IN THE UNITED STATES DISTRICT COURT
 8
              NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  ANA M. MENJIVAR,
    A citizen of California,
12
              Plaintiff,              Case No.   C 08-02169 CW
13
                                      PROOF OF SERVICE
14  vs.                               [Case Management Scheduling Order]

15  PILLAR PANAMA, S.A., a Panamanian
    Corporation; et al,
16
              Defendants,
17  _____/

18      I declare under penalty of perjury that I served the following document[s]:

19  CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE

20  on ___June 11___, 2008, by mailing a copy of said document via first class mail to the

21  following party/parties:

22  Mark L. Johnson, Esq.
    Green Espel
23  200 South Sixth Street, Suite 1200
    Minneapolis, MN 55402-1415
24

25  Dated: June 11, 2008

26                                    _____
                                      Ana M. Menjivar, plaintiff pro se
27

28  Menjivar v. Pillar Panama
```

MS. ANA MENJIVAR
4678 Sunland Ave.
Santa Rosa, CA 95407

NORTH BAY CA 949
19 JUN 2008 PM 4 T

Office of The Clerk, US District Court
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212