1  JOHN R. FOOTE, CA Bar No. 099674
   jrfoote@thelen.com
2  MATTHEW A. RICHARDS, CA Bar No. 233166
   marichards@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105
   Tel: (415)371-1200
5  Fax: (415)371-1211

6  Attorneys for Defendants
   PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC;
7  JOE HALEY; CHRIS NOLAN; SCOTT HARRIS;
   WRIGHT THURSTON; INTERIOR JAM LLC;
8  JAN BARTONE; and MARY HEITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ANA M. MENJIVAR, | Case No. CV 08-02169 CW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC; JOE HALEY; CHRIS NOLAN; SCOTT HARRIS; WRIGHT THURSTON; INTERIOR JAM LLC; JAN BARTONE; AND MARY HEITHER, | |
| Defendant. | |

SF #1518620 v1                                    -1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1  Pursuant to Northern District of California Local Rule 6-1(a), the parties to this matter
2  hereby jointly stipulate to a two week extension in the time permitted for Defendants to answer or
3  otherwise respond to Plaintiff's Complaint. Several Defendants are currently required to answer
4  by July 7, 2008. The parties therefore stipulate and agree that Defendants shall answer or
5  otherwise respond to the Complaint by July 21, 2008.

Dated: July 3, 2008

ANA M. MENJIVAR

_____
4678 Sunland Avenue
Santa Rosa, CA 95407
Tel: (415) 420-4657
Fax: (707) 585-9038
vpd520@yahoo.com

Plaintiff, Pro Se

Dated: July ___, 2008

THELEN REID BROWN RAYSMAN &
STEINER LLP

_____
John R. Foote
Matthew A. Richards
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200
Fax: (415) 371-1211
jrfoote@thelen.com
marichards@thelen.com

Attorneys for Defendants PILLAR PANAMA, S.A.;
PILLAR PANAMA U.S. LLC; JOE HALEY;
CHRIS NOLAN; SCOTT HARRIS; WRIGHT
THURSTON; INTERIOR JAM LLC; JAN
BARTONE; and MARY HEITHER

1  Pursuant to Northern District of California Local Rule 6-1(a), the parties to this matter
2  hereby jointly stipulate to a two week extension in the time permitted for Defendants to answer or
3  otherwise respond to Plaintiff's Complaint. Several Defendants are currently required to answer
4  by July 7, 2008. The parties therefore stipulate and agree that Defendants shall answer or
5  otherwise respond to the Complaint by July 21, 2008.

Dated: July ___, 2008

ANA M. MENJIVAR

_____
4678 Sunland Avenue
Santa Rosa, CA 95407
Tel: (415) 420-4637
Fax: (707) 585-9038
vpd520@yahoo.com

Plaintiff, Pro Se

Dated: July 7, 2008

THELEN REID BROWN RAYSMAN &
STEINER LLP

_____/s/ Matthew A. Richards_____
John R. Foote
Matthew A. Richards
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200
Fax: (415) 371-1211
jrfoote@thelen.com
marichards@thelen.com

Attorneys for Defendants PILLAR PANAMA, S.A.;
PILLAR PANAMA U.S. LLC; JOE HALEY;
CHRIS NOLAN; SCOTT HARRIS; WRIGHT
THURSTON; INTERIOR JAM LLC; JAN
BARTONE; and MARY HEITHER