| | |
|---|---|
| 1 | JOHN R. FOOTE, CA Bar No. 099674 |
|   | jrfoote@thelen.com |
| 2 | MATTHEW A. RICHARDS, CA Bar No. 233166 |
|   | marichards@thelen.com |
| 3 | THELEN REID BROWN RAYSMAN & STEINER LLP |
|   | 101 Second Street, Suite 1800 |
| 4 | San Francisco, CA 94105 |
|   | Tel: (415)371-1200 |
| 5 | Fax: (415)371-1211 |
| 6 | Attorneys for Defendants |
|   | PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC; |
| 7 | JOE HALEY; CHRIS NOLAN; SCOTT HARRIS; |
|   | WRIGHT THURSTON; INTERIOR JAM LLC; |
| 8 | JAN BARTONE; and MARY HEITHER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANA M. MENJIVAR, | Case No. CV 08-02169 CW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE BY MAIL** |
| PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC; JOE HALEY; CHRIS NOLAN; SCOTT HARRIS; WRIGHT THURSTON; INTERIOR JAM LLC; JAN BARTONE; AND MARY HEITHER, | |
| Defendant. | |

SF #1519066 v1                           -1-
CERTIFICATE OF SERVICE BY MAIL

# CERTIFICATE OF SERVICE BY MAIL

CASE NO. CV 08-02169 CW

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On July 7, 2008, I served the following entitled document:

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Ana M. Menjivar
4678 Sunland Avenue
Santa Rosa, CA 95407

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2008, at San Francisco, California.

_____
Carolyn A. Moore

SF #1519066 v1

CERTIFICATE OF SERVICE BY MAIL