Clerk's Use Only

Initial for fee pd.:

Mark L. Johnson
Greene Espel, P.L.L.P.
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 373-0830

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA M. MENJIVAR,

            Plaintiff(s),

v.

PILLAR PANAMA, S.A., et al.,

           Defendant(s).

CASE NO. C 08-02169 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mark L. Johnson, an active member in good standing of the bar of the Supreme Courts of Minnesota and Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing all Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Matthew A. Richards, Thelen Reid Brown Raysman & Steiner LLP,
101 Second Street, Ste. 1800, San Francisco, CA 94105, (415)371-1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2008

Mark L. Johnson