1  JOHN R. FOOTE, CA Bar No. 099674
   jrfoote@thelen.com
2  MATTHEW A. RICHARDS, CA Bar No. 233166
   marichards@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105
   Tel: (415) 371-1200
5  Fax: (415) 371-1211

6  Attorneys for Defendants
   PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC;
7  JOE HALEY; CHRIS NOLAN; SCOTT HARRIS;
   WRIGHT THURSTON; INTERIOR JAM LLC;
8  JAN BARTONE; and MARY HEITHER

9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  ANA M. MENJIVAR,                          Case No. CV 08-02169 CW

15              Plaintiff,
                                              **STIPULATION FOR EXTENSION OF
16  v.                                        TIME TO RESPOND TO PLAINTIFF'S
                                              COMPLAINT**
17  PILLAR PANAMA, S.A.; PILLAR PANAMA
    U.S. LLC; JOE HALEY; CHRIS NOLAN;         [N.D. Cal. Civ. L.R. 6-1]
18  SCOTT HARRIS; WRIGHT THURSTON;
    INTERIOR JAM LLC; JAN BARTONE;
19  AND MARY HEITHER,

20              Defendant.

21

22

23

24

25

26

27

28

SF #1525545 v1                         -1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1  Pursuant to Northern District of California Civil Local Rule 6-1(a), the parties to this
2  matter hereby jointly stipulate to a two week extension in the time permitted for Defendants to
3  answer or otherwise respond to Plaintiff's Complaint. Defendants are currently required to answer
4  on or before Monday, July 21, 2008. The parties therefore stipulate and agree that Defendants
5  shall answer or otherwise respond to the Complaint on or before Monday, August 4, 2008.

7  Dated: July 18, 2008              ANA M. MENJIVAR

                                     _____
                                     4678 Suhland Avenue
                                     Santa Rosa, CA 95407
                                     Tel: (415) 420-4637
                                     Fax: (707) 585-9038
                                     vpd520@yahoo.com

                                     Plaintiff, Pro Se


15  Dated: July ___, 2008            THELEN REID BROWN RAYSMAN &
                                     STEINER LLP


                                     _____
                                     John R. Foote
                                     Matthew A. Richards
                                     101 Second Street, Suite 1800
                                     San Francisco, CA 94105
                                     Tel: (415) 371-1200
                                     Fax: (415) 371-1211
                                     jrfoote@thelen.com
                                     marichards@thelen.com

                                     Attorneys for Defendants PILLAR PANAMA, S.A.;
                                     PILLAR PANAMA U.S. LLC; JOE HALEY;
                                     CHRIS NOLAN; SCOTT HARRIS; WRIGHT
                                     THURSTON; INTERIOR JAM LLC; JAN
                                     BARTONE; and MARY HEITHER

1   Pursuant to Northern District of California Civil Local Rule 6-1(a), the parties to this
2   matter hereby jointly stipulate to a two week extension in the time permitted for Defendants to
3   answer or otherwise respond to Plaintiff's Complaint. Defendants are currently required to answer
4   on or before Monday, July 21, 2008. The parties therefore stipulate and agree that Defendants
5   shall answer or otherwise respond to the Complaint on or before Monday, August 4, 2008.

Dated: July ___, 2008                           ANA M. MENJIVAR

                                                _____
                                                4678 Sunland Avenue
                                                Santa Rosa, CA 95407
                                                Tel: (415) 420-4637
                                                Fax: (707) 585-9038
                                                vpd520@yahoo.com

                                                Plaintiff, Pro Se


Dated: July 18, 2008                            THELEN REID BROWN RAYSMAN &
                                                STEINER LLP

                                                /s/ Matthew A. Richards
                                                _____
                                                John R. Foote
                                                Matthew A. Richards
                                                101 Second Street, Suite 1800
                                                San Francisco, CA 94105
                                                Tel: (415) 371-1200
                                                Fax: (415) 371-1211
                                                jrfoote@thelen.com
                                                marichards@thelen.com

                                                Attorneys for Defendants PILLAR PANAMA, S.A.;
                                                PILLAR PANAMA U.S. LLC; JOE HALEY;
                                                CHRIS NOLAN; SCOTT HARRIS; WRIGHT
                                                THURSTON; INTERIOR JAM LLC; JAN
                                                BARTONE; and MARY HEITHER

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On July 18, 2008, I electronically served the following document:

1. **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

by attaching the document in portable document format (.pdf) to an e-mail to the following party:

Ana M. Menjivar
4678 Sunland Avenue
Santa Rosa, CA  95407
vpd520@yahoo.com

Plaintiff, Pro Se

The parties have stipulated to service by electronic mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2008, at San Francisco, California.

                                                         /s/ Matthew A. Richards_____
                                                           Matthew A. Richards