RECEIVED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

ANA M. MENJIVAR,

        Plaintiff(s),

v.

PILLAR PANAMA, S.A., et al.,

        Defendant(s).

CASE NO. C 08-02169 CW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Mark L. Johnson, an active member in good standing of the bar of the Supreme Courts of Minnesota and Illinois (particular court to which applicant is admitted) whose business address and telephone number is

Greene Espel, P.L.L.P.
200 S. Sixth Street, Suite 1200, Minneapolis, MN 55402
(612) 373-0830

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing all Defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/23/08

                                     United States District Judge