1  JOHN R. FOOTE, CA Bar No. 099674
   jrfoote@thelen.com
2  MATTHEW A. RICHARDS, CA Bar No. 233166
   marichards@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105
   Tel: (415) 371-1200
5  Fax: (415) 371-1211

6  MARK L. JOHNSON, Reg. No. 0345520
   mjohnson@greeneespel.com
7  GREENE ESPEL, P.L.L.P.
   200 S. Sixth Street, Suite 1200
8  Minneapolis, MN 55402
   Tel: (612) 373-0830
9  Fax: (612) 373-0929
   *Admitted Pro Hac Vice*

10

   Attorneys for Defendants
11 PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC;
   JOE HALEY; CHRIS NOLAN; SCOTT HARRIS;
12 WRIGHT THURSTON; INTERIOR JAM LLC;
   JAN BARTONE; and MARY HEITHER

13

14                  IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

18
   ANA M. MENJIVAR,                      | Case No. CV 08-02169 CW
19
                  Plaintiff,
20                                       | **STIPULATED REQUEST FOR ORDER
   v.                                      CHANGING TIME; DECLARATION OF
21                                         MATTHEW A. RICHARDS IN SUPPORT
   PILLAR PANAMA, S.A.; PILLAR PANAMA      OF STIPULATED REQUEST TO
22 U.S. LLC; JOE HALEY; CHRIS NOLAN;       CHANGE TIME; [PROPOSED] ORDER
   SCOTT HARRIS; WRIGHT THURSTON;          GRANTING STIPULATED REQUEST TO
23 INTERIOR JAM LLC; JAN BARTONE;          CHANGE TIME**
   AND MARY HEITHER,
24                                         [N.D. Cal. Civ. L.R. 6-2, 7-12]
                  Defendant.
25

26

27

28

**STIPULATION**

1

2       Pursuant to Northern District of California Local Rule 6-2(a), the parties to this matter

3   hereby file this stipulated request for an order changing time with respect to: (1) the deadline for

4   Defendants to file an answer or otherwise respond to Plaintiff's Complaint; (2) the deadline for the

5   parties to file their joint Case Management Conference Statement; and (3) the date of the initial

6   Case Management Conference.

7       For the reasons set forth in the supporting Declaration of Matthew A. Richards, filed

8   concurrently herewith, the parties stipulate and agree as follows: (1) the deadline for Defendants to

9   file a responsive pleading in this matter will be extended from August 4, 2008, until September 22,

10  2008; (2) in the event that the parties do not settle their dispute prior to September 22, 2008,

11  Defendants intend to file a motion to dismiss or stay this litigation, which will be set for hearing

12  on November 20, 2008; (3) the deadline for the parties to file their joint Case Management

13  Statement in this matter will be extended from August 5, 2008, until December 16, 2008, or such

14  time thereafter as is convenient for the Court; and (4) the Case Management Conference, presently

15  set for August 12, 2008, is taken off-calendar and will be re-set for December 23, 2008, or such

16  time thereafter as is convenient for the Court.

17

18  Dated: July 25, 2008                    ANA M. MENJIVAR

19

20                                          4678 Sunland Avenue

21                                          Santa Rosa, CA 95407
                                            Tel: (415) 420-4637
22                                          Fax: (707) 585-9038
                                            vpd520@yahoo.com
23
                                            Plaintiff, Pro Se
24

25

26

27

28

SF #1525546 v1                              -2-
STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION; [PROPOSED] ORDER

1   Dated: July 25, 2008

2

THELEN REID BROWN RAYSMAN &
STEINER LLP

3

4

/s/ Matthew A. Richards
John R. Foote
Matthew A. Richards
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200
Fax: (415) 371-1211
jrfoote@thelen.com
marichards@thelen.com

5

6

7

8

9

MARK L. JOHNSON, Reg. No. 0345520
mjohnson@greeneespel.com
GREENE ESPEL, P.L.L.P.
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
Tel: (612) 373-0830
Fax: (612) 373-0929
*Admitted Pro Hac Vice*

10

11

12

13

14

Attorneys for Defendants PILLAR PANAMA, S.A.;
PILLAR PANAMA U.S. LLC; JOE HALEY;
CHRIS NOLAN; SCOTT HARRIS; WRIGHT
THURSTON; INTERIOR JAM LLC; JAN
BARTONE; and MARY HEITHER

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION; [PROPOSED] ORDER

## DECLARATION OF MATTHEW A. RICHARDS

1.      I, Matthew A. Richards, am an associate with the firm of Thelen Reid Brown Raysman & Steiner LLP in San Francisco, California.  I have personal knowledge of the facts stated in this Declaration, and if called as witness to testify to them, could do so competently.

2.      The parties in this matter request an order extending time to pursue the settlement discussions in which they are currently engaged without the distraction or expense of litigation.

3.      In the pursuit of these settlement discussions, the parties have previously stipulated to two extensions of time for Defendants to file a responsive pleading, extending the original due date by two weeks, from July 7, 2008, until July 21, 2008, and subsequently extending the due date by an additional two weeks, until August 4, 2008.

4.      The effect of the parties' stipulated request would be to: (1) extend the deadline for Defendant's responsive pleading from August 4, 2008, until September 22, 2008; (2) set a hearing on Defendants' motion to dismiss or stay this litigation for November 20, 2008; (3) extend the deadline for the parties to file their joint Case Management Statement from August 5, 2008, until December 16, 2008, or the first available date thereafter convenient to the Court; and (4) re-set the initial Case Management Conference, presently on-calendar for August 12, 2008, for December 23, 2008, or the first available date thereafter convenient to the Court.  The parties are unaware of any further case deadlines or events that would be impacted by this stipulated request.

5.      The parties believe that the stipulated deadline for a responsive pleading of September 22, 2008, will allow the parties sufficient time to conclude settlement discussions prior to the deadline.

6.      In the event that the parties are unable to resolve their dispute through settlement, Defendants intend to file a motion to dismiss or stay litigation, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

7.      It is my understanding that the Plaintiff, Ana Menjivar, is unavailable from October 6, 2008 through October 27, 2008, as she will be out of the country.

8.      The stipulated hearing date of November 20, 2008, provides sufficient time for Ms. Menjivar to file her opposition the Defendants' anticipated motion upon her return.

1      9.      The stipulated joint Case Management Statement deadline of December 16, 2008,

2   and the stipulated date of the Case Management Conference on December 23, 2008, provide the

3   Court sufficient time to rule upon the Defendants' anticipated motion to dismiss or stay this

4   litigation prior to these dates.

5        I declare under penalty of perjury under the laws of the United States of America that the

6   foregoing is true and correct.

7        Executed this 25th day of July, 2008 at San Francisco, California.

8

9                                    /s/ Matthew A. Richards
                                         Matthew A. Richards

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# [PROPOSED] ORDER

2

PURSUANT TO STIPULATION OF THE PARTIES, and good cause showing therefore,

3

IT IS HEREBY ORDERED as follows:

4

1.    The parties' stipulated request for an order changing time is GRANTED;

5

2.    The deadline for Defendants to file a responsive pleading in this matter shall be

6

extended from August 4, 2008, until September 22, 2008;

7

3.    The deadline for the parties to file their joint Case Management Statement in this

8

matter shall be extended from August 5, 2008, until December 16, 2008 [or the first available date

9

thereafter convenient for the Court: _____, ___, _____]; and

10

4.    The initial Case Management Conference, presently set for August 12, 2008, is

11

taken off-calendar and shall be re-set for December 23, 2008 [or the first available date thereafter

12

convenient for the Court: _____, ___, _____].

13

IT IS SO ORDERED.

14

15

Dated: _____

16

17

_____
Hon. Claudia Wilken
United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

2

3       I am over the age of 18 and not a party to the within action.  I am employed in the County

of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP.  My

4

business address is 101 Second Street, Suite 1800, San Francisco, California  94105-3606.

5

6       On July 25, 2008, I electronically served the following document:

7           **1.    STIPULATED REQUEST FOR ORDER CHANGING TIME;
                    DECLARATION OF MATTHEW A. RICHARDS IN
                    SUPPORT OF STIPULATED REQUEST TO CHANGE
8                   TIME; [PROPOSED] ORDER GRANTING STIPULATED
                    REQUEST TO CHANGE TIME**

9

10      by attaching the document in portable document format (.pdf) to an e-mail to the following

11      party:

12          Ana M. Menjivar
            4678 Sunland Avenue
13          Santa Rosa, CA  95407
            vpd520@yahoo.com
14

15          Plaintiff, Pro Se

16
        The parties have stipulated to service by electronic mail.
17
        I declare under penalty of perjury under the laws of the United States of America that the
18
foregoing is true and correct.
19
        Executed on July 25, 2008, at San Francisco, California.
20

21                                                      /s/ Matthew A. Richards_____

22                                                      Matthew A. Richards

23

24

25

26

27

28