1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10    Menjivar,                                          08-02169 CW

11                        Plaintiff(s),                  **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

12            v.

13    Pillar Panama, S.A.,

14                        Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17    [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18    Conference as required by the Initial Case Management Scheduling Order.  Counsel

19    shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20    matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21    an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22    **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23    ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24    at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27    copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28    (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

---

Notice Re: Noncompliance With Court Order

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: July 31, 2008

9                                          RICHARD W. WIEKING
                                           Clerk
10                                         by:    Lisa M. Salvetti

11

12  _____

13                                         ADR Administrative Assistant
                                           415-522-2032
14                                         lisa_salvetti@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

Case Name:        Menjivar v. Pillar Panama, S.A.

Case Number:     08-02169 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 31, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Ana M. Menjivar
> 4678 Sunland Avenue
> Santa Rosa, CA 95407
>
> Matthew A. Richards
> Attorney at Law
> Thelen Reid & Priest LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105-3606
> marichards@thelenreid.com
>
> Mark L. Johnson
> Greene Espel, PLLP
> 200 S. Sixth Street
> Suite 1200
> Minneapolis, MN 55402

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov