JOHN R. FOOTE, CA Bar No. 099674
jrfoote@thelen.com
MATTHEW A. RICHARDS, CA Bar No. 233166
marichards@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200
Fax: (415) 371-1211

MARK L. JOHNSON, Reg. No. 0345520
mjohnson@greeneespel.com
GREENE ESPEL, P.L.L.P.
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 373-0830
Fax: (612) 373-0929
*Admitted Pro Hac Vice*

Attorneys for Defendants
PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC;
JOE HALEY; CHRIS NOLAN; SCOTT HARRIS;
WRIGHT THURSTON; INTERIOR JAM LLC;
JAN BARTONE; and MARY HEITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANA M. MENJIVAR,<br><br>    Plaintiff,<br><br>v.<br><br>PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC; JOE HALEY; CHRIS NOLAN; SCOTT HARRIS; WRIGHT THURSTON; INTERIOR JAM LLC; JAN BARTONE; AND MARY HEITHER,<br><br>    Defendant. | Case No. CV 08-02169 CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION OF MATTHEW A. RICHARDS IN SUPPORT OF STIPULATED REQUEST TO CHANGE TIME; ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME**<br><br>[N.D. Cal. Civ. L.R. 6-2, 7-12] |

**STIPULATION**

Pursuant to Northern District of California Local Rule 6-2(a), the parties to this matter hereby file this stipulated request for an order changing time with respect to: (1) the deadline for Defendants to file an answer or otherwise respond to Plaintiff's Complaint; (2) the deadline for the parties to file their joint Case Management Conference Statement; and (3) the date of the initial Case Management Conference.

For the reasons set forth in the supporting Declaration of Matthew A. Richards, filed concurrently herewith, the parties stipulate and agree as follows: (1) the deadline for Defendants to file a responsive pleading in this matter will be extended from August 4, 2008, until September 22, 2008; (2) in the event that the parties do not settle their dispute prior to September 22, 2008, Defendants intend to file a motion to dismiss or stay this litigation, which will be set for hearing on November 20, 2008; (3) the deadline for the parties to file their joint Case Management Statement in this matter will be extended from August 5, 2008, until December 16, 2008, or such time thereafter as is convenient for the Court; and (4) the Case Management Conference, presently set for August 12, 2008, is taken off-calendar and will be re-set for December 23, 2008, or such time thereafter as is convenient for the Court.

Dated: July ___, 2008                         ANA M. MENJIVAR

                                              _____
                                              4678 Sunland Avenue
                                              Santa Rosa, CA 95407
                                              Tel: (415) 420-4637
                                              Fax: (707) 585-9038
                                              vpd520@yahoo.com

                                              Plaintiff, Pro Se

| | | |
|---|---|---|
| 1 | Dated: July 25, 2008 | THELEN REID BROWN RAYSMAN & STEINER LLP |

/s/ Matthew A. Richards
John R. Foote
Matthew A. Richards
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200
Fax: (415) 371-1211
jrfoote@thelen.com
marichards@thelen.com

MARK L. JOHNSON, Reg. No. 0345520
mjohnson@greeneespel.com
GREENE ESPEL, P.L.L.P.
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 373-0830
Fax: (612) 373-0929
*Admitted Pro Hac Vice*

Attorneys for Defendants PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC; JOE HALEY; CHRIS NOLAN; SCOTT HARRIS; WRIGHT THURSTON; INTERIOR JAM LLC; JAN BARTONE; and MARY HEITHER

**DECLARATION OF MATTHEW A. RICHARDS**

1. I, Matthew A. Richards, am an associate with the firm of Thelen Reid Brown Raysman & Steiner LLP in San Francisco, California. I have personal knowledge of the facts stated in this Declaration, and if called as witness to testify to them, could do so competently.

2. The parties in this matter request an order extending time to pursue the settlement discussions in which they are currently engaged without the distraction or expense of litigation.

3. In the pursuit of these settlement discussions, the parties have previously stipulated to two extensions of time for Defendants to file a responsive pleading, extending the original due date by two weeks, from July 7, 2008, until July 21, 2008, and subsequently extending the due date by an additional two weeks, until August 4, 2008.

4. The effect of the parties' stipulated request would be to: (1) extend the deadline for Defendant's responsive pleading from August 4, 2008, until September 22, 2008; (2) set a hearing on Defendants' motion to dismiss or stay this litigation for November 20, 2008; (3) extend the deadline for the parties to file their joint Case Management Statement from August 5, 2008, until December 16, 2008, or the first available date thereafter convenient to the Court; and (4) re-set the initial Case Management Conference, presently on-calendar for August 12, 2008, for December 23, 2008, or the first available date thereafter convenient to the Court. The parties are unaware of any further case deadlines or events that would be impacted by this stipulated request.

5. The parties believe that the stipulated deadline for a responsive pleading of September 22, 2008, will allow the parties sufficient time to conclude settlement discussions prior to the deadline.

6. In the event that the parties are unable to resolve their dispute through settlement, Defendants intend to file a motion to dismiss or stay litigation, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

7. It is my understanding that the Plaintiff, Ana Menjivar, is unavailable from October 6, 2008 through October 27, 2008, as she will be out of the country.

8. The stipulated hearing date of November 20, 2008, provides sufficient time for Ms. Menjivar to file her opposition the Defendants' anticipated motion upon her return.

9. The stipulated joint Case Management Statement deadline of December 16, 2008, and the stipulated date of the Case Management Conference on December 23, 2008, provide the Court sufficient time to rule upon the Defendants' anticipated motion to dismiss or stay this litigation prior to these dates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2008 at San Francisco, California.

/s/ Matthew A. Richards
Matthew A. Richards

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, and good cause showing therefore, IT IS HEREBY ORDERED as follows:

1. The parties' stipulated request for an order changing time is GRANTED;

2. The deadline for Defendants to file a responsive pleading in this matter shall be extended from August 4, 2008, until September 22, 2008;

3. The deadline for the parties to file their joint Case Management Statement in this matter shall be extended from August 5, 2008, until December 16, 2008; and

4. The initial Case Management Conference, presently set for August 12, 2008, is taken off-calendar and shall be re-set for December 23, 2008.

IT IS SO ORDERED.

7/31/08
Dated: _____

_____
Hon. Claudia Wilken
United States District Court Judge

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On July 25, 2008, I electronically served the following document:

1. **STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION OF MATTHEW A. RICHARDS IN SUPPORT OF STIPULATED REQUEST TO CHANGE TIME; [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME**

by attaching the document in portable document format (.pdf) to an e-mail to the following party:

Ana M. Menjivar
4678 Sunland Avenue
Santa Rosa, CA 95407
vpd520@yahoo.com

Plaintiff, Pro Se

The parties have stipulated to service by electronic mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 25, 2008, at San Francisco, California.

                                        /s/ Matthew A. Richards _____
                                                Matthew A. Richards