ANA M. MENJIVAR
vpd520@yahoo.com
4678 Sunland Avenue
Santa Rosa, CA 95407
Tel: (415) 420-4637
Fax: (707) 585-9038

Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANA M. MENJIVAR,<br><br>        Plaintiff,<br><br>v.<br><br>PILLAR PANAMA, S.A.; PILLAR PANAMA U.S. LLC; JOE HALEY; CHRIS NOLAN; SCOTT HARRIS; WRIGHT THURSTON; INTERIOR JAM LLC; JAN BARTONE; AND MARY HEITHER,<br><br>        Defendant. | Case No. CV 08-02169 CW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE COURT AND ALL PARTIES HEREIN, PLEASE TAKE NOTICE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in light of the parties' amicable resolution of their differences and subsequent settlement agreement memorializing the same, Plaintiff Ana M. Menjivar hereby dismisses this action in its entirety, with prejudice, as to each and every Defendant in this action: Pillar Panama, S.A.; Pillar Panama U.S. LLC; Joe Haley; Chris Nolan; Scott Harris; Wright Thurston; Interior Jam LLC; Jan Bartone; and Mary Heither.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: September 10, 2008 | ANA M. MENJIVAR |
| 2 | | |
| 3 | | _____ |
| 4 | | 4678 Sunland Avenue |
| 5 | | Santa Rosa, CA 95407 |
|   | | Tel: (415) 420-4637 |
| 6 | | Fax: (707) 585-9038 |
|   | | vpd520@yahoo.com |
| 7 | | Plaintiff, Pro Se |

**IT IS SO ORDERED**

Judge Claudia Wilken

(United States District Court, Northern District of California seal)

-2-
NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)